IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS PACHECO | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | |
| OFFSHORE MARINE CONTRACTORS, INC. | ) ) | M-14-073 |

RULE 16, F.R.C.P. SCHEDULING ORDER

The following schedule will control the disposition of this case:

1. **SEPTEMBER 26, 2014**  **ALL DISCOVERY** must be completed by this date. No motion for extension of time will be granted unless there is a showing of express need and that good cause exists.

2. **AUGUST 27, 2014**  **MOTIONS** for extension of time to complete discovery must be filed by this date.

3. **OCTOBER 6, 2014**  **MOTION DEADLINE**: All other motions, including joinder of parties, must be filed by this date.

4. **OCTOBER 6, 2014**  **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

5. **OCTOBER 30, 2014**  **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas.

6. **NOVEMBER 6, 2014**  **A PRETRIAL CONFERENCE** is set on this date at 2:30 p.m. in the 10th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

Attendance by counsel for all parties is required at the Pretrial Conference unless a written motion to reschedule the Pretrial Conference has been granted by the Court. Failure to timely file the Joint Pretrial Order will result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment, as appropriate. Counsel are admonished that any motion presented for filing which is not in compliance with Local Rule 7 will be stricken from the record. Counsel are to notify the Court immediately should the case be settled, and an appropriate joint motion and dismissal order shall be submitted to the Court.

The Clerk shall send a copy of this order to counsel of record for the parties.

DONE on this 31st day of May, 2014, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE