UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS PACHECO | * | CIVIL ACTION NO.: 7:14-cv-00073 |
|     Plaintiff | * | ADMIRALTY |
| | * | |
| VERSUS | * | CHIEF JUDGE: |
| | * | RICARDO H. HINOJASA |
| | * | |
| GRAND ISLE SHIPYARD, INC., ET AL | * | |
| | * | |
|     Defendants | * | |

*************************************

## ORDER

CONSIDERING the ~~foregoing~~ *Unopposed* Motion for Leave to File Petition for Intervention ~~and the Memorandum in Support~~ filed by Grand Isle Shipyard, Inc. and The Gray Insurance Company,

**IT IS ORDERED** that Grand Isle Shipyard, Inc. and The Gray Insurance Company's Petition for Intervention be filed into the Court's record in this matter.

McAllen, Texas, this 30th day of June, 2014 at McAllen, Texas.

_____
JUDGE