UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JESUS PACHECO | § |
| versus | §   CIVIL ACTION No. 7:14-73 |
| GRAND ISLE SHIPYARD, INC., ET AL | § |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY (D.E. #24); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❑ Document is not signed (L.R. 11.3).

2. ❑ Document does not comply with L.R.11.3.A.

3. ❑ Caption of the document is incomplete (L.R.10.1).

4. ❑ No certificate of service or explanation why service is not required (L.R. 5.3).

5. X Motion does not comply with L.R.7

    a.    X No statement of opposition or non-opposition as to all counsel (L.R. 7.1.D(2)).

    b.    ❑ No statement of conference between counsel (L.R. 7.1.D(1)).

    c.    X No separate proposed order attached (L.R. 7.1.C).

6. ❑ Motion to consolidate does not comply with L.R.7.6.

7. ❑ Other: _____

The document is stricken from the record.

Date: 8/28/14

RICARDO H. HINOJOSA
CHIEF U.S. DISTRICT JUDGE