IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS PACHECO | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | |
| OFFSHORE MARINE CONTRACTORS, INC. | ) ) | M-14-073 |

ORDER EXTENDING TIME
FOR COMPLETION OF DISCOVERY

The Parties' "Joint Motion for Extension of Time for Discovery" having been presented to the Court, the Court is of the opinion that said motion should be granted to the extent stated below.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for completion of discovery in this case is extended until January 26, 2015.

The pretrial conference previously scheduled for November 6, 2014, is reset to March 5, 2015, at 2:30 p.m., before this Court in the 10th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. Counsel shall submit a proposed Joint Pretrial Order following the format prescribed by the Local Rules of the United States District Court for the Southern District of Texas, on or before February 26, 2015.

The deadline for filing of motions and joinder of parties is extended to February 5, 2015.

Except for the above, the Rule 16 F.R.C.P. Scheduling Order in this case dated May 31, 2014, remains fully in effect.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this **3rd** day of September, 2014, at McAllen, Texas.

                                          Ricardo H. Hinojosa
                                    CHIEF U.S. DISTRICT JUDGE