IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS PACHECO | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | |
| OFFSHORE MARINE CONTRACTORS, INC. | ) ) | M-14-073 |

ORDER EXTENDING TIME
FOR COMPLETION OF DISCOVERY

The "Defendant's Unopposed Motion for Continuance of the Pretrial Conference," which the Court will consider as a motion for extension of the discovery deadlines, having been presented to the Court, the Court is of the opinion that said motion should be granted to the extent stated below.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for completion of discovery in this case is extended until July 6, 2015.

The pretrial conference previously scheduled for March 10, 2015, is reset to August 6, 2015, at 2:30 p.m., before this Court in the 10th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. Counsel shall submit a proposed Joint Pretrial Order following the format prescribed by the Local Rules of the United States District Court for the Southern District of Texas, on or before July 30, 2015.

The deadline for filing of motions and joinder of parties is extended to July 16, 2015.

Except for the above, the Rule 16 F.R.C.P. Scheduling Order in this case dated May 31, 2014, remains fully in effect.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this 11th day of February, 2015, at McAllen, Texas.

                                          Ricardo H. Hinojosa
                                    CHIEF U.S. DISTRICT JUDGE